IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   3:03cr150/RV
   3:06cv226/RV/MD

BRADFORD S. POTTS
_____

**ORDER**

The defendant has filed a notice of appeal (doc. 172), a motion for certificate of appealability (doc. 173) and a motion for leave to appeal *in forma pauperis* (doc. 174), all with respect to the order entered on June 5, 2007. Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of June 5, 2007, to which defendant did not object, a certificate of appealability is DENIED.

For the same reasons, there is no good faith basis for an appeal and defendant has not shown that he is entitled to proceed *in forma pauperis*.  Fed.R.App.P. 24(a).  Therefore, defendant's motion for leave to appeal *in forma pauperis* (doc. 174) is also DENIED. Defendant shall pay the $455.00 filing fee within thirty (30) days of the date of this order.

DONE AND ORDERED this 4th day of October, 2007.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**